IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT FRANK RAMOS,

    Petitioner,        No. CIV S-05-0995 MCE DAD P

  vs.

K. PROSPER, Warden,

    Respondent.       <u>ORDER</u>

_____/

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondent's June 23, 2005 application for enlargement of time is granted; and

    2. Respondent's response to Petitioner's Petition for Writ of Habeas Corpus shall be filed on or before August 1, 2005.

DATED: June 24, 2005.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
ramo0995.ext