IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT FRANK RAMOS,

    Petitioner,               No. CIV S-05-0995 MCE DAD P

    vs.

K. PROSPER, Warden,

    Respondent.           <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed March 13, 2007, petitioner was ordered to file and serve, within thirty days, a renewed motion for a stay. Petitioner has not filed a renewed motion or a procedural motion. Good cause appearing, IT IS HEREBY ORDERED that within 20 days from the date of this order petitioner shall file and serve a renewed motion for stay and shall show cause in writing why this court should not deem this matter submitted for decision.

DATED: May 4, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
ramo0995.102.osc

1