IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT FRANK RAMOS,

    Petitioner,               No. CIV S-05-0995 MCE DAD P

   vs.

K. PROSPER, Warden,

    Respondent.           <u>ORDER</u>

_____/

        On May 4, 2007, petitioner was ordered to file and serve a renewed motion for stay and show cause in writing why this court should not deem this matter submitted for decision. Petitioner has filed a letter, explaining that he is in administrative segregation and has no way of communicating with his fellow prisoner in the general population who has been helping him with his motion for stay and abeyance. Good cause appearing, the court will discharge the May 4, 2007 order to show cause and grant petitioner an additional 30 days to file a renewed motion for stay and abeyance.

        IT IS HEREBY ORDERED that:

        1. The court's May 4, 2007 order to show cause is discharged; and

/////

/////

1

2.  Petitioner is granted 30 days from the date of this order to file a renewed motion for stay and abeyance.

DATED: May 17, 2007.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
ramo0995.dch.111