IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT FRANK RAMOS,

    Petitioner,               No. CIV S-05-0995 MCE DAD P

    vs.

K. PROSPER, Warden,

    Respondent.           <u>ORDER</u>

_____/

        On May 18, 2007, this court granted petitioner thirty days leave to file a renewed motion for stay and abeyance. Petitioner has filed a letter with the court stating that he no longer wishes to pursue the motion because he will soon be transferred from CSP-Solano and will no longer be able to consult with his fellow prisoner about his legal work.

        First, petitioner is advised that he should file a notice of change of address with the court as soon as he knows his new address. Local Rule 83-182(f) requires that a party appearing in propria persona inform the court of any address change. Second, petitioner is advised that he is not required to file a renewed motion for stay and abeyance for the court to consider the merits of his case. In the event that petitioner exhausts additional claims before the court reaches a decision in the case, petitioner may make a motion to amend to add new claims that the court may consider at that time. Finally, in light of petitioner's pending transfer, the

1

1 court will grant petitioner sixty days to file a traverse to respondent's answer.  Petitioner is
2 advised that a traverse is optional.
3       Good cause appearing, IT IS HEREBY ORDERED that petitioner shall file a
4 traverse, if any, within sixty days of the date of this order.
5 DATED: June 15, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
ramo0995.trav