IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT FRANK RAMOS,

    Petitioner,                    No. CIV S-05-0995 MCE DAD P

    vs.

K. PROSPER, Warden,

    Respondent.                ORDER

_____/

    Petitioner has filed a third request for an extension of time to file a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's September 27, 2007 request for an extension of time is granted; and

    2. Petitioner is granted sixty days from the date of this order in which to file a traverse.

DATED: November 13, 2007.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
ramo0995.111(3)