1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALBERT FRANK RAMOS,

11            Petitioner,                    No. CIV S-05-0995 MCE DAD P

12       vs.

13   K. PROSPER,

14            Respondent.                    <u>ORDER</u>

15   _____/

16            Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of

17   this court's June 30, 2009 denial of his application for a writ of habeas corpus.  By order dated

18   August 26, 2009, petitioner's request for a thirty day extension of time to file a request for a

19   certificate of appealability was granted.  Petitioner has not filed a request for a certificate of

20   appealability.

21            Before petitioner can appeal this decision, a certificate of appealability must issue.

22   28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  A certificate of appealability may issue under 28

23   U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a

24   constitutional right."  28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of

25   appealability indicating which issues satisfy the required showing or must state the reasons why

26   such a certificate should not issue.  Fed. R. App. P. 22(b).

1        For the reasons set forth in the magistrate judge's May 4, 2009 findings and

2  recommendations, petitioner has not made a substantial showing of the denial of a constitutional

3  right.  Accordingly, a certificate of appealability should not issue in this action.

4        IT IS SO ORDERED.

5   Dated:  October 7, 2009

6

7                                        MORRISON C. ENGLAND, JR.
                                         UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26